UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOHN RICHARD MARTINEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br>**Acting Commissioner of the Social<br>Security Administration,**<br><br>   Defendant. | Case No. EDCV 13-02295AJW<br><br>**J U D G M E N T** |

**IT IS ADJUDGED** that defendant's decision is reversed, and the case is remanded for further administrative proceedings consistent with the memorandum of decision.

DATED: April 28, 2015

_____
ANDREW J. WISTRICH
United States Magistrate Judge